UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, <br> Plaintiff, <br> v. <br> JEFF MACOMBER, et al., <br> Defendants. | No. 2:16-cv-00475-TLN-DMC <br><br> **ORDER** |

  Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

  On July 22, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2020, are ADOPTED IN FULL;

2. Defendants' motion to revoke Plaintiff's in forma pauperis status (ECF No. 33) is DENIED; and

3. Defendants shall file a response to Plaintiff's second amended complaint within thirty (30) days of the date of this Order.

DATED: August 18, 2020

Troy L. Nunley
United States District Judge

2