IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-CV-0475-TLN-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Defendants' motion for leave to conduct Plaintiff's deposition via videoconference. ECF No. 45. Defendants indicate that the Court's original discovery order (ECF No. 39) permits depositions but does not mention videoconferencing. Id. at 1. A remote deposition, Defendants argue, would avoid unnecessary risk of exposure to COVID-19. Id. at 2.

For good cause shown, Defendants' motion for leave to take Plaintiff's deposition

///
///
///
///
///
///

1

via videoconference is **GRANTED**. The Court also orders that the parties may conduct any other depositions via videoconference without further leave of the Court provided that the depositions are properly noticed and comply in all other respects with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:  February 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE