# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>    Plaintiff,<br><br> v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-CV-0475-TLN-DMC-P<br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Defendants' motion to sever Plaintiff's allegedly misjoined defendants and unrelated claims.[1] ECF No. 57. Defendants filed their motion on June 21, 2021. Id. Plaintiff filed an opposition on June 30, 2021. ECF No. 58. Defendants have until July 7, 2021 to reply. See L.R. 230(l). Dispositive motions are presently due July 18, 2021. ECF No. 51 at 2.

    The Court recognizes that the above deadlines fall inconveniently close together. The Court also recognizes that, if granted, the motion to sever may affect the content of dispositive motions in this case. In the light of Defendants' remaining time to reply to Plaintiff's opposition to the motion to sever and considering the time that the Court will need to rule on the motion, the Court will sua sponte reset the dispositive motion deadline.

---

[1] Plaintiff's motion to compel is also pending before the Court. ECF No. 53.

1

Accordingly, dispositive motions in this case will be due **sixty (60) days** from the date that the Court rules on the motion to sever. That deadline may be amended by motion and for good cause shown.

IT IS SO ORDERED.

Dated: July 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE