IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEENAN WILKINS also known as Nerrah Brown,**<br><br>                                    Plaintiff,<br><br>   v.<br><br>**JEFF MACOMBER, et al.,**<br><br>                                    Defendants. | Case No. 2:16-cv-00475-TLN-DMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULE** |

Defendants Giannelli, Stewart, Harrington, Lockwood, Macomber, and David filed a motion requesting a thirty-four-day extension of time, up to and including May 16, 2022, to file a motion for summary judgment. The Court has read and considered Defendants' motion. Good cause appearing based on counsel's declaration of a recent influx of a large number of cases into the Correctional Law Section of the California Attorney General's Office, the Court GRANTS Defendants' request. Dispositive motions are due on or before May 16, 2022.

IT IS SO ORDERED.

Dated:  April 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order Granting Defs.' Mot. to Change Time to File Mot. Summ. J. (2:16-cv-00475-TLN-DMC)