**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>Plaintiff,<br><br>v.<br><br>JEFF MACOMBER, et al.,<br><br>Defendants. | No. 2:16-CV-0475-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's unopposed motion, ECF No. 70, for a 45-day extension of time to file an opposition to Defendants' motion for summary judgment. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent prison quarantine, and in light of Defendants' statement of non-opposition, Plaintiff's motion is granted. Plaintiff may file an opposition within 45 days from the date of this order.

IT IS SO ORDERED.

Dated:  June 7, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1