IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-CV-0475-TLN-DMC-P<br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 79, to file a response to Defendants' reply in support of their motion for summary judgment. Defendants have opposed the request on a limited basis. See ECF No. 85. Given Plaintiff's pro se status, the Court is willing to accept his additional filing and the response thereto in considering Defendants' motion for summary judgment. Plaintiff's motion is granted, and the Court will consider Plaintiff's filing at ECF No. 80.

/ / /

/ / /

/ / /

/ / /

1

Defendants' motion for summary judgment will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated: November 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2