1

2

3

4

5

6

7

8                  **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KEENAN WILKINS, also known as          No.  2:16-cv-00475-TLN-DMC
     Nerrah Brown,
12
                      Plaintiff,
13                                          **ORDER**
            v.
14
     JEFF MACOMBER, et al.,
15
                      Defendants.
16

17

18         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to   42

19   U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 96, for reconsideration of

20   the Magistrate Judge's December 30, 2022, order.

21         Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order

22   shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the

23   Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or

24   contrary to law.  The December 30, 2022, order is, therefore, affirmed.

25   ///

26   ///

27   ///

28   ///

                                      1

Accordingly, IT IS HEREBY ORDERED that:

1.     The Motion for Reconsideration, (ECF No. 96), is DENIED;

2.     The Magistrate Judge's December 30, 2022, Order is AFFIRMED; and

3.     No further motions for reconsideration of this Order will be considered.

**DATE:  February 7, 2023**

Troy L. Nunley
United States District Judge