UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS, also known as Nerrah Brown,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　Defendants. | No. 2:16-CV-00475-TLN-DMC<br><br>**ORDER** |

　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　On March 15, 2023, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed within the specified 14-day period.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

///

///

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed March 15, 2023, are ADOPTED IN FULL;

4  2. Defendants' motion for summary judgment (ECF No. 68) is GRANTED;

5  3. Plaintiff's motion to allow previously dismissed claims to proceed (ECF No. 81) is construed as a motion for reconsideration and, so construed, is DENIED;

7  4. The remaining pending motion (ECF No. 82) is DENIED as moot; and

8  5. The Clerk of the Court is directed to enter judgment in favor of Defendants and close this file.

**Date: March 30, 2023**

　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　United States District Judge